**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CSD GRAPHICS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION** |
| | ) | **FILE NO.: 1:09-CV-2269-TWT** |
| | ) | |
| **AVERY DENNISON CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT DISMISSAL ORDER

WHEREAS, CSD Graphics, LLC having filed an action against Avery Dennison Corporation; and

WHEREAS, the parties have consented to the entry of this Order.

NOW THEREFORE, without trial of any issue of fact or law, without any admission of fact or law by Defendants, and upon consent of the parties hereto, it is hereby ORDERED, ADJUDGED *and* DECREED as follows:

1. The provisions of this Order shall be binding upon Plaintiff and Plaintiff's agents, officers, employees, assigns, successors in interest and any person acting in concert or privity with any of them and upon Defendant and Defendant's agents, officers, employees, assigns, successors in interest and any person acting in concert or privity with any of them.

2. The parties are to abide by the terms and conditions of the Settlement Agreement being executed between CSD Graphics, LLC, Avery Dennison Corporation, Thomas Ohnhaus, Parvez Akhtar, Permovable Technologies, LLC, Cary D. Greenberg, Norman J. Greenberg, and Michael A. Eyman, which agreement is being filed under seal in an action pending in the United States District Court for the Northern District of Ohio, which is styled <u>Avery Dennison Corporation v. Permovable Technologies, LLC</u>, Case Number 1:09-cv-01558-DCN.

3. The Court shall retain jurisdiction over the parties and this matter for purposes of enforcement of this Order, and the parties may petition this Court for relief for any breach of this Order. This Order otherwise constitutes the final result in these proceedings, which proceedings are hereby dismissed with prejudice (subject to the retention of jurisdiction), pursuant to the attached stipulation of dismissal executed between the parties.

January 11, 2010.

/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
Judge, United States District Court